U.S. DISTRICT COURT
DISTRICT OF VERMONT
Page 2  FILED

2012 DEC 17  PM 2:37

CLERK

DEPUTY CLERK

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | Vermont |
|---|---|---|
| Name (under which you were convicted): John Chinnici | Docket or Case No.: 2:06-CR-15-01 | |
| Place of Confinement: FCI Gilmer - Glenville, WV | Prisoner No.: 05852-082 | |

UNITED STATES OF AMERICA

Movant (include name under which you were convicted)

v. John Chinnici

MOTION

2:12cv279

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   United States District Court For The District Of Vermont   Burlington, VT

   (b) Criminal docket or case number (if you know): 2:06-CR-15-01

2. (a) Date of the judgment of conviction (if you know): ~~May 16, 2008~~ May 21, 2008

   (b) Date of sentencing: May 16, 2008

3. Length of sentence: 90 Months

4. Nature of crime (all counts):

   18 U.S.C. §922(g)(1) Felon in Possession of a Firearm

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐   (2) Guilty ☑   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐